STATE v. MURPH

No. 151P95

Case below: 118 N.C.App. 176

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 June 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

STATE v. MYERS

No. 186P95

Case below: 118 N.C.App. 452

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

STATE v. SMITH

No. 125A95

Case below: 118 N.C.App. 106

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 June 1995. Petition by Attorney General for writ of supersedeas allowed 1 June 1995.

STATE v. SNYDER

No. 210P95

Case below: 118 N.C.App. 540

Petition by the Attorney General for temporary stay allowed 17 May 1995.

STATE v. WILSON

No. 201P95

Case below: 118 N.C.App. 616

Petition by the Attorney General for temporary stay allowed 22 May 1995 pending receipt and determination of a timely filed petition for discretionary review.